SEDGWICK LLP
MARK J. HANCOCK  SBN 160662
mark.hancock@sedgwicklaw.com
REBECCA A. HULL  SBN 99802
rebecca.hull@sedgwicklaw.com
ERIN A. CORNELL  SBN 227135
erin.cornell@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Telephone:    415.781.7900
Facsimile:     415.781.2635

Attorneys for Plaintiff
METROPOLITAN LIFE INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>          v.<br><br>MICHAEL LITHGOW, JENISE K. LITHGOW, SCHELENE M. LITHGOW, and EDNA LOPEZ,<br><br>                    Defendants. | Case No. 2:14-cv-01871 MCE-AC<br><br>**NOTICE OF DEPOSIT OF FUNDS AND REQUEST FOR DISMISSAL OF PLAINTIFF METROPOLITAN LIFE INSURANCE COMPANY WITH PREJUDICE; ORDER DISMISSING PLAINTIFF WITH PREJUDICE** |

TO THE COURT AND TO ALL PARTIES APPEARING HEREIN:

PLEASE TAKE NOTICE THAT pursuant to the Court's July 9, 2015 Order (ECF No. 20), on July 21, 2015, plaintiff Metropolitan Life Insurance Company ("MetLife") deposited with the Clerk of the Court for the United States District Court, Eastern District of California, $248,345.42, which represents the amount of the disputed life insurance benefits at issue in this action, plus interest.

Accordingly, pursuant to the Court's July 9, 2015 Order, MetLife respectfully requests that the Court discharge MetLife, Pacific Gas & Electric Company, and the Pacific Gas and Electric Company Employee Welfare Plan 503 from any further liability, and dismiss MetLife from this action, with prejudice.

DATED: July 24, 2015          SEDGWICK LLP

By: /s/ *Erin A. Cornell*
   Mark J. Hancock
   Erin A. Cornell
   Attorneys for Plaintiff
   METROPOLITAN LIFE INSURANCE COMPANY

**ORDER**

Pursuant to plaintiff Metropolitan Life Insurance Company's ("MetLife") Notice of Deposit of Funds and this Court's July 9, 2015 Order, the Court hereby ORDERS that MetLife, Pacific Gas and Electric Company, and the Pacific Gas and Electric Company Employee Welfare Plan 503 are discharged from this action, and MetLife is DISMISSED from this action with prejudice. Each party is to bear its own attorneys' fees and costs with respect to MetLife's participation in the action.

Dated: July 28, 2015

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT