THE LAW OFFICE OF FRANK J. CRUM
A Professional Corporation
FRANK J. CRUM  SBN 155125
frank@fjclegal.com
P.O. Box 2390
Woodland, CA  95776-2390
Telephone:    530.668.1515
Facsimile:    530.668.1651

Attorney for Defendants/Counter Claimants/Counter Defendants
MICHAEL LITHGOW, JENISE K. LITHGOW, and SCHELENE LITHGOW


WILLIAM L. DUNBAR  SBN 68849
dunbar@surewest.net
Attorney at Law
3430 American River Drive, Suite 100
Sacramento, CA  95864
Telephone:    916.485.4300
Facsimile:    916.484.7197

Attorney For Defendant/Counter Claimant/Counter Defendant
EDNA G. LOPEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>    v.<br><br>MICHAEL LITHGOW, JENISE K. LITHGOW, SCHELENE M. LITHGOW, and EDNA LOPEZ,<br>             Defendants.<br><br>And Related Counter Claims | Case No. 2: 14- cv- 01871- MCE-AC<br><br>**STIPULATION AND ORDER FOR DISTRIBUTION OF FUNDS ON DEPOSIT WITH COURT AND DISMISSAL OF ACTION WITH PREJUDICE** |

Defendants, Counterclaimants, and Counter Defendants Michael Lithgow ("Michael"), Jenise K. Lithgow ("Jenise"), Schelene M. Lithgow ("Schelene"),[1] and Defendant, Counterclaimant, and Counter Defendant Edna Lopez ("Edna") hereby jointly submit the following Stipulation and [Proposed] Order for distribution of funds on deposit with the Court for this action and for the dismissal of this action in its entirety including all counter claims with prejudice.

WHEREAS, MetLife issued a group life insurance policy to Pacific Gas and Electric Company ("PG&E") to fund life and accidental death and dismemberment benefits under the Pacific Gas and Electric Company Employee Welfare Plan 503 ("the Plan"). The Plan is an employee welfare benefit plan regulated by the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. § 1001, *et seq.*, and is sponsored by PG&E.

WHEREAS, Scot Lithgow ("the Decedent") was a participant in the Plan. At the time of his death, the Decedent was enrolled under the Plan for Basic Life insurance coverage in the amount of TEN THOUSAND DOLLARS ($10,000.00) and for Optional Life insurance coverage in the amount of TWO HUNDRED THIRTY SIX THOUSAND ($236,000.00) for a total of TWO HUNDRED FORTY SIX THOUSAND ($246,000.00) (the "Plan Benefits"). The Plan Benefits became payable upon the Decedent's death.

WHEREAS, the Decedent died on August 23, 2013.

WHEREAS, the Lithgow Defendants, on the one hand, and Edna, on the other hand, have competing claims for the Plan Benefits.

WHEREAS, MetLife was unable to determine the validity of the conflicting claims of the Lithgows and Edna, and therefore has not paid the Plan Benefits to either the Lithgow Defendants or to Edna.

WHEREAS, MetLife had no interest in the Plan Benefits.

///

///

---

[1]  Michael, Jenise and Schelene are collectively referred to herein as "Lithgows".

WHEREAS, the Court Ordered Plaintiff Metropolitan Life Insurance Company ("MetLife") to deposit TWO HUNDRED FORTY-SIX THOUSAND DOLLARS AND NO CENTS ($246,000.00) plus any applicable interest ("the Plan Benefits") with this Court into an interest-bearing account and that on deposit of the Plan Benefits with the Court. The Court also ordered that Plaintiff MetLife, the Pacific Gas and Electric Company Employee Welfare Plan 503, and Pacific Gas and Electric Company be discharged from any further liability for payment of the Plan Benefits, and that MetLife be dismissed with prejudice from this action.

WHEREAS, Plaintiff Metropolitan Life Insurance Company deposited all Plan Benefits and associated interest of $248,345.42 with this Court on or about July 20, 2015.

WHEREAS, Lithgows and Edna Lopez participated in a Court ordered Settlement Conference on January 14, 2016 and reached a settlement on distribution of Court funds that included an agreement for Lithgows and Edna Lopez to dismiss this action in its entirety including all counter claims with prejudice. Lithgows and Edna Lopez agree that the Court issue payment of $70,000 payable to Edna Lopez and her attorney William L. Dunbar and that the Court issue payment of the remaining funds on deposit with the Court payable to Michael Lithgow, Jenise K. Lithgow ("Jenise"), Schelene M. Lithgow.

NOW, THEREFORE, The Lithgow and Edna Lopez, through their respective counsel of record herein, hereby stipulate and respectfully request that the Court order that the Court issue payment of $70,000 payable to Edna Lopez and her attorney William L. Dunbar and that the Court issue payment of all the remaining funds on deposit with the Court for this action payable to Michael Lithgow, Jenise K. Lithgow, and Schelene M. Lithgow.

It is additionally stipulated that, once the Court has issues and delivers payment of all Plan Benefits as provided herein, that this action will be dismissed in its entirety with prejudice including the counter claims by Edna Lopez against Lithgows and the counter claim by Lithgows against Edna Lopez.

The parties further stipulate that each party will bear their own attorneys fees and costs.

///

///

It is further stipulated that the Lithgows and Edna Lopez shall be restrained and enjoined from instituting or prosecuting, directly or indirectly, any claim or action of any type or kind in any state or federal court, arising from or in any manner connected with (a) the Plan Benefits and/or their respective claims for payment of some or all of such Plan Benefits, and (b) the counter claims for this action.

DATED:  February 9, 2016        THE LAW OFFICE OF FRANK J. CRUM
                                A Professional Corporation


                                By: */s/ Frank J. Crum*
                                    Frank J. Crum
                                    Attorney for Defendants, Counterclaimants, & Counter
                                    Defendants MICHAEL LITHGOW, JENISE K.
                                    LITHGOW, and SCHELENE M. LITHGOW


DATED:  February 9, 2016        WILLIAM L DUNBAR, Attorney at Law


                                By: */s/ William L. Dunbar (as authorized on 2/5/2016)*
                                    William L. Dunbar
                                    Attorney for Defendant, Counterclaimant, and Counter
                                    Defendant EDNA G. LOPEZ

**ORDER**

Pursuant to the Stipulation above, IT IS SO ORDERED that:

1. That the Court issue payment of $70,000 payable to Edna Lopez and her attorney William L. Dunbar and that the Court issue payment of the remaining funds on deposit with the Court payable to Michael Lithgow, Jenise K. Lithgow, and Schelene M. Lithgow.

2. The Court's payment of $70,000 payable to Edna Lopez and her attorney William L. Dunbar will be mailed to attorney William L. Dunbar at 3430 American River Drive, Suite 100 Sacramento, CA 95864.

3. The Court's payment of the remaining funds on deposit with the Court payable to Michael Lithgow, Jenise K. Lithgow, and Schelene M. Lithgow will be mailed to attorney Frank J. Crum at P.O. Box 2390, Woodland, CA 95776.

4. Once the Court has issued payment of all Plan Benefits as provided herein, this action shall be DISMISSED in its entirety with prejudice including the counter claims by Edna Lopez against Lithgows and the counter claim by Lithgows against Edna Lopez, and the Clerk of the Court shall close this case.

5. The parties will bear their own attorneys fees and costs.

6. The Lithgows and Edna Lopez shall be restrained and enjoined from instituting or prosecuting, directly or indirectly, any claim or action of any type or kind in any state or federal court, arising from or in any manner connected with (a) the Plan Benefits and/or their respective claims for payment of some or all of such Plan Benefits, and (b) the counter claims for this action.

IT IS SO ORDERED.

Dated: February 12, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT