THE LAW OFFICE OF FRANK J. CRUM
A Professional Corporation
FRANK J. CRUM SBN 155125
frank@fjclegal.com
P.O. Box 2390
Woodland, CA 95776-2390
Telephone: 530.668.1515
Facsimile: 530.668.1651

Attorney for Defendants/Counter Claimants/Counter Defendants
MICHAEL LITHGOW, JENISE K. LITHGOW, and SCHELENE LITHGOW

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL LITHGOW, JENISE K. LITHGOW, SCHELENE M. LITHGOW, and EDNA LOPEZ,<br>　　　　　Defendants.<br><br>And Related Counter Claims | Case No. 2: 14- cv- 01871- MCE-AC<br><br>**ORDER FOR PAYMENT OF INTEREST EARNED ON FUNDS ON DEPOSIT WITH COURT** |

　　　Based upon the representations of the parties, by and through their attorneys of record, in the Joint Status report filed in this matter on March 24, 2016, IT IS SO ORDERED that: (1) Any interest earned on funds held by the Court for this matter while on deposit, shall be paid to defendant Michael Lithgow; and (2) Mr. Lithgow shall submit a W-9 to the Court for purposes of reporting the interest income.

　　　IT IS SO ORDERED.

Dated: April 4, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT